# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stone, Jr., William F. | Bankruptcy Court for the Western District of Virginia | 05/08/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

Commonwealth of Virginia Building
210 Church Ave., SW, Room 209
Roanoke, VA 24011

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | Executor | Estate of ▮▮▮▮ (see note # 9) |
| 4. | Inactive Trustee of var. deeds of trust as a result of prior law practice | Various |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stone, Jr., William F. | 05/08/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Monthly retirement benefit paid to spouse from the Virginia Retirement System for service as teacher |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stone, Jr., William F. | 05/08/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Scott & Stringfellow | margin account loan for vacation home improvements, paid in full by 3/01/2013 | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stone, Jr., William F. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Baxter Int'l, Inc. | B | Dividend | L | T | | | | | |
| 2. BP PLC | B | Dividend | K | T | | | | | |
| 3. Cardinal Health, Inc. | A | Dividend | J | T | | | | | |
| 4. Carefusion Corp. | | None | J | T | | | | | |
| 5. Chevron Texaco Corp. (see note #1) | E | Dividend | O | T | | | | | |
| 6. Coca Cola (see note #1) | D | Dividend | N | T | | | | | |
| 7. BB&T Corporation | D | Dividend | N | T | | | | | |
| 8. Branch Banking & Trust Co. Insured Deposit Program | A | Interest | J | T | | | | | |
| 9. Colgate Palmolive Co. | C | Dividend | M | T | | | | | |
| 10. Conagra Foods, Inc. | A | Dividend | K | T | | | | | |
| 11. E.I. duPont | D | Dividend | M | T | Sold (part) | 02/15/13 | J | C | market |
| 12. Eaton Corporation PLC | B | Dividend | L | T | Sold (part) | 02/22/13 | J | B | market |
| 13. Eastman Kodak (see note #2) | | None | | | Closed | 09/11/13 | J | | |
| 14. Exxon Mobil Corp. (see note #1) | E | Dividend | P1 | T | Donated (part) | | | | |
| 15. Freeport McMoran Copper & Gold | C | Dividend | L | T | | | | | |
| 16. General Electric Corp. | C | Dividend | M | T | | | | | |
| 17. Eagle - JP Morgan Prime Money Market Fund | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stone, Jr., William F. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Raymond James Bank Deposit Program | A | Interest | L | T | | | | | |
| 19. IBM | B | Dividend | L | T | | | | | |
| 20. Ingles Markets, Inc. | A | Dividend | K | T | | | | | |
| 21. International Paper | B | Dividend | L | T | | | | | |
| 22. NCR Corp | | None | J | T | | | | | |
| 23. Norfolk Southern Corp. | D | Dividend | N | T | | | | | |
| 24. Northwestern Mutual Life Ins. Co. (see note #1) | E | Dividend | O | T | | | | | |
| 25. Schlumberger Ltd. | A | Dividend | K | T | | | | | |
| 26. Sealed Air Corp. (common) | A | Dividend | K | T | | | | | |
| 27. Sprint Nextel Corp. (see notes #1 & 3) | | None | | | Merged (with line 30) | 07/11/13 | J | E | cash & stock merger |
| 28. Ultralife Batteries, Inc. | | None | J | T | | | | | |
| 29. YUM Brands, Inc. (see note #1) | C | Dividend | M | T | | | | | |
| 30. Sprint Corp., Ser. 1 (see notes #1 & 3) (see line 27) | | None | J | T | | 07/11/13 | J | | cash & stock merger |
| 31. Pepsico, Inc. (see note #1) | D | Dividend | O | T | | | | | |
| 32. AT&T (see note #1) | A | Dividend | K | T | | | | | |
| 33. Branch Banking & Trust Co. of VA Accts (see note #1) | A | Interest | M | T | | | | | |
| 34. Stifel Nicolaus Insured Bank Deposit Program | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stone, Jr., William F. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Frontier Communications Corp. | D | Dividend | L | T | Sold<br>(part) | 02/07/13 | J | | market |
| 36. Republic Services, Inc. | B | Dividend | K | T | Sold<br>(part) | 02/15/13 | J | | market |
| 37. Eagle Growth & Income Fund Class A M/F<br>(see note #1) | D | Dividend | N | T | | | | | |
| 38. Federated VA Muni Service (formerly VA<br>Muncipal Cash Trust) | A | Interest | J | T | | | | | |
| 39. Archer Daniels Midland Co. | A | Dividend | K | T | | | | | |
| 40. Bristol Myers Squibb Co. | B | Dividend | L | T | | | | | |
| 41. Eastman Chemical Co. | A | Dividend | K | T | | | | | |
| 42. Glaxo Smith Kline PLC (see note # 1) | D | Dividend | M | T | | | | | |
| 43. Honeywell Int'l Inc. | A | Dividend | J | T | | | | | |
| 44. Intel Corp. (see note #1) | B | Dividend | L | T | | | | | |
| 45. Kroger Co. | A | Dividend | K | T | | | | | |
| 46. Whirlpool Corp. | A | Dividend | J | T | | | | | |
| 47. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 48. Johnson & Johnson | B | Dividend | K | T | | | | | |
| 49. Texas Instruments Inc. | A | Dividend | J | T | | | | | |
| 50. Xerox Corporation | A | Dividend | K | T | | | | | |
| 51. Zimmer Holdings | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stone, Jr., William F. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Federated Strategic Value Div Fund Class A M/F | A | Dividend | J | T | | | | | |
| 53. Pimco Total Return Fund Class A M/F | A | Dividend | J | T | | | | | |
| 54. Thornburg Investment Income Builder Fund Class I N/L | A | Dividend | J | T | | | | | |
| 55. VanGuard Short Term Bond Index Fund Investor Class N/L | A | Dividend | J | T | | | | | |
| 56. SPDR Index SHS Funds S&P INTL Div ETF | A | Dividend | J | T | | | | | |
| 57. SPDR Series Trust S&P Div ETF | B | Dividend | L | T | | | | | |
| 58. Sector SPDR TR SBI INT-UTILS | B | Dividend | K | T | | | | | |
| 59. General Mls Inc. | B | Dividend | K | T | | | | | |
| 60. IRA #2 (H) | | | | | | | | | |
| 61. -- Verizon Comm. (GTE) Debenture | A | Interest | J | T | | | | | |
| 62. -- Eagle Capital Appreciation Trust Fund | A | Dividend | L | T | | | | | |
| 63. -- Eagle Growth & Income Trust Fund | C | Dividend | M | T | | | | | |
| 64. -- Eagle Mid Cap Stock Fund | D | Dividend | L | T | | | | | |
| 65. -- Eagle International Equity Fund | | None | | | Sold | 04/25/13 | L | | market |
| 66. -- Raymond James Bank Deposit Program (cash balance) | A | Interest | K | T | | | | | |
| 67. IRA #3 (H) | | | | | | | | | |
| 68. -- Eagle Int'l Equity Fund Class A | | None | | | Sold | 04/25/13 | L | | market |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stone, Jr., William F. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Eagle Mid Cap Stock Fund Class A | E | Dividend | N | T | | | | | |
| 70. -- Eagle Growth & Income Trust Fund | D | Dividend | N | T | | | | | |
| 71. Trust #1 (1/3 beneficiary) (see note # 4) (H) | | | | | | | | | |
| 72. -- Abbott Labs (see note # 6 ) | C | Dividend | L | T | Distributed (part) | 01/02/13 | L | | spinoff (see line #90) |
| 73. -- Aston/River Road Div All Cap Val Fund | B | Dividend | L | T | | | | | |
| 74. -- BB&T Corp. | E | Dividend | O | T | | | | | |
| 75. -- Chevron Texaco Corp. | D | Dividend | M | T | | | | | |
| 76. -- General Electric Co. Com | A | Dividend | K | T | | | | | |
| 77. -- Illinois Tool Works, Inc. | A | Dividend | K | T | | | | | |
| 78. -- Intel Corp. | A | Dividend | K | T | | | | | |
| 79. --Lowes Companies, Inc. | B | Dividend | M | T | | | | | |
| 80. -- Merk Hard Currency Fund | A | Dividend | K | T | | | | | |
| 81. -- Minnesota Mining & Manuf. | B | Dividend | L | T | | | | | |
| 82. -- Norfolk Southern Corp. | B | Dividend | L | T | | | | | |
| 83. -- Oracle Corp. | A | Dividend | K | T | | | | | |
| 84. -- Raymond James Money Market Account (cash balance) | A | Interest | J | T | | | | | |
| 85. -- Unilever Plc Adr | A | Dividend | K | T | Buy (add'l) | 10/07/13 | K | | market |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stone, Jr., William F. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- United Technologies Corp. | A | Dividend | K | T | | | | | |
| 87. -- Verizon Communications | B | Dividend | K | T | Sold (part) | 09/24/13 | K | D | market |
| 88. -- TD Ameritrade Money Market Acct. | A | Interest | L | T | | | | | |
| 89. --Northwestern Mutual Life Insurance Co. | C | Dividend | M | T | | | | | |
| 90. --Abbvie, Inc.(see note #6) | C | Dividend | L | T | Spinoff (from line 72) | 01/02/13 | L | | |
| 91. -- Sector SPDR TR SBI | A | Dividend | K | T | | | | | |
| 92. -- Powershares ETF Intl Divd Achievers | B | Dividend | M | T | | | | | |
| 93. -- SPDR Series Trust S& P Divid ETF | D | Dividend | M | T | | | | | |
| 94. -- Vanguard Short Term Bond Stock Index Fund | A | Dividend | | | Sold | 10/17/13 | L | | market |
| 95. -- Ishares TR DJ Sel Div Inx | B | Dividend | L | T | | | | | |
| 96. -- Ishares TR Hgh Div Eqt Fd | B | Dividend | K | T | | | | | |
| 97. Trust #2 (H) | | | | | | | | | |
| 98. -- BB&T checking account | A | Interest | J | T | | | | | |
| 99. Centurylink (see note # 1) | B | Dividend | K | T | | | | | |
| 100. Windstream Corp. (common) (see notes #1 & 7 ) | A | Dividend | | | | 09/13/13 | J | | see line # 108 |
| 101. Pfizer Inc. | A | Dividend | K | T | | | | | |
| 102. Fundamental Investors 529 Plan | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stone, Jr., William F. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Washington Mutual Investors Fund 529 Plan | A | Dividend | J | T | | | | | |
| 104. AMCAP Fund 529 Plan | A | Dividend | J | T | | | | | |
| 105. SMALLCAP World Fund 529 Plan | A | Dividend | J | T | | | | | |
| 106. Investment Company of America 529 Plan | A | Dividend | J | T | | | | | |
| 107. Unilever N.V. NY SHS New | A | Dividend | K | T | | | | | |
| 108. Windstream Holdings, Inc. (see notes # 1 & 7) | A | Dividend | J | T | Spinoff (from line 100) | 09/13/13 | J | | |
| 109. Rental Property, Myrtle Beach, SC (see note #8) | E | Rent | N | R | | | | | |
| 110. Capital Income Builder - 529A | A | Dividend | J | T | Buy | 12/16/13 | J | | market |
| 111. Trust #5 (see note #5) (H) | | | | | | | | | |
| 112. -- BP PLC | A | Dividend | | | Sold | 07/23/13 | J | | market |
| 113. -- Duke Energy Corp. New | B | Dividend | J | T | Sold (part) | 07/23/13 | J | D | market |
| 114. -- Frontier Communications Corp. | A | Dividend | | | Sold | 07/23/13 | J | | market |
| 115. -- Piedmont Nat Gas | B | Dividend | | | Sold | 07/23/13 | J | C | market |
| 116. -- Southern Company | B | Dividend | | | Sold | 07/23/13 | J | D | market |
| 117. -- Spectra Energy Corp. | A | Dividend | K | T | | | | | |
| 118. -- Travelers Companies Inc. | A | Dividend | J | T | | | | | |
| 119. -- Verizon Communications Inc. | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stone, Jr., William F. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -- Raymond James Bank Deposit Program | A | Interest | K | T | | | | | |
| 121. --IShares Russell 1000 GRW ETF | A | Dividend | K | T | Buy | 09/16/13 | K | | market |
| 122. --IShares Russell 2000 ETF | A | Dividend | K | T | Buy | 09/16/13 | K | | market |
| 123. --SPDR Series Trust S&P Div | A | Dividend | K | T | Buy | 09/16/13 | K | | market |
| 124. --SPDR S&P Midcap 400 ETF Trust | A | Dividend | K | T | Buy | 09/16/13 | K | | market |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stone, Jr., William F. | 05/08/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Investments in same companies of reporting person and spouse have been combined for this report.

2. As a result of its bankruptcy proceeding the common stock of Eastman Kodak was determined to be worthless on 09/11/13.

3. On 7/11/13 Sprint Nextel Corp. completed a merger transaction as a result of which its stock was exhanged for a combination of cash and stock in Sprint Corp., Ser 1.

4. The reporting person is a co-trustee and deemed to be one of three principal beneficiaries of this family trust. Accordingly, 1/3rd of trust asset values and income is reported.

5. The reporting person's ▮▮▮▮ is the trustee and principal present beneficiary of this Trust.

6. On 01/02/13 Abbott Labs distributed to its shareholders stock in a corporation named Abbvie, Inc.

7. On 09/13/13 Windstream Corp. merged into a new corporation named Windstream Holdings, Inc. and the former's stock was converted into shares of the surviving corporation, share for share. No entry is made in Column D(1) for this transaction because the FDR software program for some unknown reason will not accept a "merger" input at line 100.

8. The purchase price of the real estate, in 2010, was $405,000, $20,000 of which was allocated to furnishings in the property. Part VII, line 123.

9. The only undistributed assets held in the Estate of ▮▮▮▮▮▮ are a very few unsold items of personalty. Part I, line 3.

10. The filer's successor was sworn in on 01/02/14 and therefore that day was the filer's last day in office. No material change in any information provided in this report occurred between 12/31/13 and that date. Effective as of that same date the reporting person received a one year "recall" appointment as bankruptcy judge from the Court of Appeals for the Fourth Circuit. It is anticipated, however, that the services expected to be rendered due to this recall appointment will be fewer than sixty (60) days so as to obviate the need to file a further annual report. Accordingly, the filer REQUESTS THAT THE COMMITTEE ACCEPT THIS AS A FINAL REPORT on th eunderstanding that if the services actually rendered are above the threshold level, a further report will be filed in 2015. The adddress used is that of the filer's last day in regular service and mail may continue to be addressed to the reporting person at such address. The reporting person serves without any personal staff and has no chambers address other than as noted here, although his deemed duty station as recall judge is his residence address, which is not provided for security reasons.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **William F. Stone, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544